37 A.3d 1136

IN THE MATTER OF JOHN M. FALZONE, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 025311984).

March 9, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–245, concluding that **JOHN M. FALZONE, JR.,** of **COLONIA,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.15(a) (negligent misappropriation of client funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 5.3(a) through (c)(3) (failure to supervise non-attorney staff), *RPC* 8.1(a) (making a false statement to ethics authorities in an ethics investigation), *RPC* 8.1(b) (failure to cooperate in ethics investigation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOHN M. FALZONE, JR.,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.